(November 10, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY JAYNES, Petitioner, v BINGHAMTON PSYCHIATRIC CENTER, Respondent. Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.

■ In the Matter of BLOOMINGDALE BROTHERS, a Division of FEDERATED DEPARTMENT STORES, INC., Petitioner, v RODERICK G. W. CHU et al., Constituting the State Tax Commission of the Department of Taxation and Finance of the State of New York, Respondents. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion, ought to be reviewed by the Court of Appeals: "Did this court err as a matter of law in annulling the determination, granting the petition and remitting the matter to respondents for further proceedings not inconsistent with this court's decision". Kane, J. P., Casey, Mikoll and Levine, JJ., concur.

(November 12, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON WEST, Appellant. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK J. O'CONNELL, Appellant. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.